GARAGE, S

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re THE RESERVE FUND SECURITIES AND DERIVATIVE LITIGATION  )<br>)<br>)<br>Relates to All Matters                                                                          )<br>)<br>) | MDL No. 09-md-2011 (PGG)<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Aaron M. Sheanin, a partner with the law firm of Girard Gibbs LLP, attorney for Plaintiffs George C. Dyer, Basil K. Vasiliou, and Kevin M. Young on behalf of Young Wealth Management in the above-entitled action, hereby withdraw as an attorney of record, as I am leaving Girard Gibbs LLP. Daniel C. Girard, Jonathan K. Levine, and Christina H. C. Sharp of Girard Gibbs LLP will continue to serve as counsel of record to Plaintiffs in the above-referenced matter. I hereby request that my name and email address be removed from the case's official docket.

Dated: March 1, 2011

Respectfully submitted,

GIRARD GIBBS LLP

By: _____

Daniel C. Girard (admitted *pro hac vice*)
Jonathan K. Levine (JL-8390)
Aaron M. Sheanin (admitted *pro hac vice*)
Christina H. C. Sharp (admitted *pro hac vice*)
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/11

**IT IS SO ORDERED.**

Dated: March 7, 2011

_____
JUDGE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE