USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/09

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X

WILLIAM ROSS and DAWN ROSS, Individually
and on Behalf of All Others Similarly Situated,

                    Plaintiffs,

-v-

RESERVE MANAGEMENT COMPANY, INC.,
RESERVE SHORT-TERM INVESTMENT TRUST,
RESERVE YIELD PLUS FUND, THE RESERVE,
BRUCE R. BENT, BRUCE R. BENT II, ARTHUR T.
BENT III, PATRICK J. FARRELL, WILLIAM
VIKLUND, JOSEPH D. DONNELLY, EDWIN
EHLERT, JR., WILLIAM J. MONTGORIS, FRANK J.
STALZER, SANTA ALBICOCCO, STEPHEN P.
IENIEWICZ, RONALD J. ARTINIAN, RESRV
PARTNERS, INC. and TD AMERITRADE HOLDING
CORPORATION,
                    Defendants.

------------------------------------------------------X

Case No. 1:08-cv-10261-PGG

**MOTION TO WITHDRAW**
**MATTHEW DEAN STRATTON**
**AS AN ATTORNEY OF RECORD**
**FOR DEFENDANT**
**TD AMERITRADE HOLDING**
**CORPORATION**

Defendant TD Ameritrade Holding Corporation respectfully moves that Matthew Dean Stratton be withdrawn as an attorney of record for TD Ameritrade Holding Corporation in the above-captioned Action, as of September 22, 2009, due to Mr. Stratton's departure from the undersigned firm.

Dated: September 22, 2009
Washington, DC

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP
Christian R. Bartholomew (pro hac vice)
1111 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 739-6400

**SO ORDERED:**

Dated: Sept. 23, 2009

PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE