UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

Ross

Plaintiff,

Case No. 08-Civ.10261

-against-

Reserve Management Company
et al

Defendant.

------------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]   I have cases pending                    [ ]   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### Christian R. Bartholomew

FILL IN ATTORNEY NAME

My SDNY Bar Number is: pro hac vice_____   My State Bar Number is  193320(Florida)

I am,

[ ]      An attorney
[ ]      A Government Agency attorney
[✓]     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:      FIRM NAME:  Morgan  Lewis & Bockius LLP
               FIRM ADDRESS: 101 Park Avenue New York, New York 10028
               FIRM TELEPHONE NUMBER: (202)-739-6400
               FIRM FAX NUMBER: (202)-739-3001

NEW FIRM:      FIRM NAME: Weil, Gotshal & Manges LLP
               FIRM ADDRESS: 1300 Eye Street NW, Ste 900 Washington, DC 20005
               FIRM TELEPHONE NUMBER: (202)-682-7070
               FIRM FAX NUMBER: (202)857-0940

[✓]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
      was entered on _____ by Judge _____.

Dated: May 9, 2011

ATTORNEY'S SIGNATURE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE OF CHANGE OF ADDRESS was filed today through the ECF system and thereby served upon the following counsel of record; in addition, a courtesy copy of the same was provided to the following counsel of record via electronic and first class mail:

Reed R. Kathrein
reed@hbsslaw.com
Peter E. Borkon
peterb@hbsslaw.com
HAGENS BERMAN SOBOL
SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

Steve W. Berman
steve@hbsslaw.com
HAGENS BERMAN SOBOL
SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101

Lee M. Gordon
lee@hbsslaw.com
HAGENS BERMAN SOBOL
SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017

*Lead Counsel for Lead Plaintiff
the Reserve Yield Plus Fund Investor
Group*

Pietro deVolpi, Jr.
pietro@spornlaw.com
Jay P. Saltzman
jay@spornlaw.com
SCHOENGOLD & SPORN, P.C.
19 Fulton Street, Suite 406
New York, NY 10038
*Liaison Counsel for Lead Plaintiff
the Reserve Yield Plus Fund Investor
Group*

John Dellaportas
dellajo@duanemorris.com
Fran Marcia Jacobs
fmjacobs@duanemorris.com
Justin Joseph D'Elia
jjdelia@duanemorris.com
Spensyr Ann Krebsbach
sakrebsbach@duanemorris.com
DUANE MORRIS LLP
1540 Broadway
New York , NY 10036

*Counsel for Defendants Reserve
Management Company, Inc., Reserve
Management Corporation, Resrv
Partners,
Inc., Bruce R. Bent, Bruce R. Bent II,
and
Arthur T. Bent III*

Dated:  May 9, 2011

Jaime S. Kaplan